IN THE UNITED STATES COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>                        Plaintiff,         )<br>                                                            )<br>            v.                                              )<br>                                                            )<br>VICTOR LEE CHYNOWETH;          )<br>JASON CHYNOWETH AS TRUSTEE OF THE  )<br>CHYNOWETH LIVING TRUST;      )<br>NANCY CHYNOWETH; DANA SCHAAF; )<br>AND GARY BAUR;                         )<br>                                                            )<br>                        Defendants.     ) | Civil No. 07-cv-1357-L (BLM)<br><br>DISMISSAL |

The Court has determined that dismissal should be entered consistent with the joint motion of the parties.  Accordingly, it is ORDERED that:

The complaint in the above-entitled case is dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation, except as otherwise agreed by the parties.  The Court retains jurisdiction to enforce the terms of the settlement reached amongst the parties.

DATED: January 8, 2008

_____
M. James Lorenz
United States District Court Judge